UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TWIN CITY FLOOR COVERING INDUSTRY PENSION FUND AND TWIN CITY FLOOR COVERING INDUSTRY FRINGE BENEFIT TRUST FUND,

Civil No. 00-1181 DSD/JMM

Plaintiffs,

vs.

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

DANIEL'S CONTRACT CARPETING & TILE INC. and DANIEL K. LEWANDOWSKI, individually

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter with prejudice.

Date: August 8 2000

McGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, CHARTERED

By Jacqueline Beaulieu
Jacqueline M. Beaulieu
Att'y Reg. No 293088
2600 US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED AUG 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 10 2000
DEPUTY CLERK

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: 8/10/00

David S. Doty
Judge of District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.